```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

MICHAEL MALDONADO, et al.,

                Plaintiffs,            20-CV-07465 (LJL)

    -against-                            **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.

```
------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

On February 24, 2022, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. By March 4, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     February 25, 2022
               New York, New York