UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2022
```

---------------------------------------------------------------------X
: 
MICHAEL MALDONADO, et al.,                                           :
                                                                    :
                             Plaintiffs,                            :
                                                                    :          20-cv-7465 (LJL)
          -v-                                                       :
                                                                    :             ORDER
CITY OF NEW YORK, et al.,                                            :
                                                                    :
                             Defendants.                            :
                                                                    :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties are engaged in ongoing settlement discussions.  In light of that, discovery in this case is STAYED for sixty days.  The parties are directed to file a status report in sixty days from the entry of this Order.

      SO ORDERED.


Dated: March 31, 2022
     New York, New York                     _____
                                                LEWIS J. LIMAN
                                           United States District Judge