

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Alan H. Scheiner
*Senior Counsel*
Special Federal Litigation Division
(212) 356-2344
ascheine@law.nyc.gov

July 19, 2023

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Michael Maldonado, et al v. City of New York et al</u>
     20-CV-7465 (LJL)

Your Honor:

  I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to the defense of the above action. I write to respectfully request, on behalf of all parties, an adjournment of the conference set by the Court for July 21, 2023, set by an order of June 5, 2023. The conference had been originally set for May 5, 2023, in response to the plaintiffs' letter requesting a conference filed on April 27, 2023 (ECF No. 60) (the "Application"). On July 7, 2023, defendants made a consent application, requesting that the conference be adjourned *sine die* until after a further submission by the parties after July 21, 2023, should a conference remain necessary (ECF 67). Although the Court indicated that it granted the July 7, 2023 application, it did not adjourn the conference *sine die* as requested, but instead set the conference for July 21. This is the second request for adjournment of the conference.

  There are two reasons for this request. First, as set forth in the defendants' prior letter of July 7, 2023, the parties are continuing to confer regarding the resolution of the matters raised by plaintiffs in their Application and the City is working on a solution to a discrepancy discovered in the Overtime Eligibility List used pursuant to the parties' settlement. The City hopes that it will provide the plaintiffs with a proposed solution to correct any discrepancy or before July 21, 2023 or soon after. As set forth in the July 7, 2023 letter, the parties do not believe that a conference would be fruitful at this time and they prefer to communicate with the Court after July 21, 2023 to reschedule the conference, if the conference remains necessary. The parties will, of course, promptly notify the Court if they succeed in resolving their dispute.

  Second, defendants' counsel is unavailable on July 21, 2023 at 3:30 pm due to a child's medical appointment at that time

- 2 -

    Accordingly, in light of the above, defendants respectfully request, with plaintiffs' consent, to adjourn the conference set for July 21, 2023 *sine die*, to a date to be requested by the parties, if necessary, after July 21, 2023.

    Should the Court wish to proceed with a conference on Friday notwithstanding the parties' request above, then the parties respectfully request that the conference be held remotely, which will greatly facilitate counsel's ability to appear, and be rescheduled to some time prior to 2 pm.

    We thank the Court for its consideration of this matter.

                                                    Respectfully submitted,

                                                  *Alan H. Scheiner /s/*
                                                  Alan H. Scheiner
                                                  *Senior Counsel*

cc:    **Via ECF**
      J. Patrick DeLince
      DeLince Law PLLC
      299 Broadway
      Suite 1310
      New York, New York 10007
      (212)-382-3544
      jpd@delincelaw.com

      Margaret E. McIntyre
      195 Montague Street
      14th Floor
      New York, New York 11201
      (212)-227-9987
      Mem596@icloud.com

ORDER:  The conference set for July 21, 2023 is adjourned sine die.

Date: 7/20/2023

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge